TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Leslie Love*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Love, | Case No.: 2:15-cv-00929-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT RECOVERY PARTNERS, LLC** |
| Recovery Partners, LLC, | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Recovery Partners, LLC, in the above-captioned case have reached a settlement.  Plaintiff anticipates filing a Notice of Voluntary Dismissal with Prejudice as to Defendant, Recovery Partners, LLC pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 18th Day of June, 2015

KENT LAW OFFICES

By: */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Scott Wathey